UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| RISEN ENERGY CO., LTD. <br>                 Plaintiff, <br><br> TRINA SOLAR ENERGY CO., LTD., JA SOLAR TECHNOLOGY YANGZHOU CO., LTD., ET AL., <br>                 Consolidated Plaintiffs, <br><br> and <br><br> SHANGHAI BYD CO., LTD., ET AL., <br>                 Plaintiff-Intervenors, <br> v. <br><br> UNITED STATES, <br>                 Defendant, <br><br> and <br><br> SUNPOWER MANUFACTURING OREGON, LLC, <br>                 Defendant-Intervenor. | Consol. Court No. 20-3743 |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE AGENCY RECORD**

Pursuant to Rule 56.2 of the Rules of the United States Court of International Trade ("USCIT R."), Plaintiff Risen Energy Co., Ltd., respectfully moves this Court for an order granting movants judgment on the agency record against Defendant, the United States (representing the U.S. Department of Commerce), including, but not limited to the following relief:

- Declaring that the Department's silver paste surrogate value was unsupported by substantial evidence and contrary to practice; and

- Declaring that the Department's placement of information on the record with respect to silver paste was arbitrary and capricious; and

1

- Declaring the Department's financial ratio calculation as well as the resulting double-counting of labor and energy expenses is unsupported by substantial evidence, contrary to practice, and contrary to law; and

- Declaring the Department's backsheet and EVA film surrogate value was unsupported by substantial evidence; and

- Declaring the Department's selection of Malaysia as the primary surrogate country unsupported by substantial evidence; and

- Declaring the Department's determination that Bulgaria was not at the same level of economic development as China was arbitrary and capricious; and

- Declaring the Department's AFA application with respect to unreported FOP data was unsupported by substantial evidence and not in accordance with the law; and

- Remanding to the Department to recalculate Plaintiffs' margin in accordance with the law.

WHEREFORE, for the reasons described in this Motion, Plaintiff respectfully requests that this Court enter judgment in their favor. A proposed order is attached for the Court's consideration.

Respectfully submitted,

/s/ Gregory S. Menegaz
Gregory S. Menegaz
Alexandra H. Salzman
J. Kevin Horgan
**deKieffer & Horgan, PLLC**
1090 Vermont Ave., N.W.  20005, Suite 410
Tel: (202) 783-6900
email:  gmenegaz@dhlaw.com

Dated:  April 29, 2021