UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| RISEN ENERGY CO., LTD.,<br>        Plaintiff,<br><br>TRINA SOLAR ENERGY CO., LTD., JA SOLAR TECHNOLOGY YANGZHOU CO., LTD., ET AL.,<br>        Consolidated Plaintiffs,<br><br>   and<br><br>SHANGHAI BYD CO., LTD., ET AL.,<br>        Plaintiffs-Intervenors,<br><br>v.<br><br>UNITED STATES,<br>        Defendant,<br><br>   and<br><br>SUNPOWER MANUFACTURING OREGON, LLC<br>        Defendant-Intervenor | Before: Claire R. Kelly, Judge<br>Consol. Court No. 20-3743 |

**CONSOLIDATED PLAINTIFFS' RULE 56.2 MOTION FOR**
**JUDGMENT ON THE AGENCY RECORD**

Pursuant to Rule 56.2 of the Rules of this Court, Consolidated Plaintiffs, Trina Solar Co., Ltd., Trina Solar (Changzhou) Science & Technology Co., Ltd., Yancheng Trina Guoneng Photovoltaic Technology Co., Ltd., Turpan Trina Solar Energy Co., Ltd., Hubei Trina Solar Energy Co., Ltd., Trina Solar (Hefei) Science & Technology Co., Ltd., and Changzhou Trina Hezhong Photoelectric Co., Ltd,., (hereinafter "Trina"), hereby move for judgment on the agency record with respect to their complaint challenging the final results of the U.S. Department of Commerce ("Commerce") with respect to the sixth administrative review of the antidumping duty order placed on crystalline silicon photovoltaic cells in Crystalline Silicon Photovoltaic

Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2017-2018, 85 Fed. Reg. 62275 (October 2, 2020) ("Final Results").  The Final Results were subsequently amended in the Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Notice of Correction to the Final Results of the 2017-2018 Antidumping Duty Administrative Review, 85 Fed. Reg. 79165 (December 9, 2020) ("Amended Final Results"). The Final Results and Amended Final Results cover U.S. entries made from December 1, 2017 through November 30, 2018.

      Plaintiffs respectfully move, for the reasons explained in the accompanying memorandum, for this Court to hold that the contested portions of the Final Results and Amended Final Results are not supported by substantial evidence and not in accordance with law.  Consolidated-Plaintiffs further move for the Court to remand this matter to the U.S. Department of Commerce for disposition consistent with the order and opinion of the Court.

      Respectfully submitted,

      /s/ Jonathan M. Freed

      Robert G. Gosselink
      Jonathan M. Freed
      **TRADE PACIFIC PLLC**
      700 Pennsylvania Avenue, SE, Suite 500
      Washington, D.C.  20003
      (202) 223-3760

      Counsel to Consolidated Plaintiffs, Trina Solar Co., Ltd., Trina Solar (Changzhou) Science & Technology Co., Ltd., Yancheng Trina Guoneng Photovoltaic Technology Co., Ltd., Turpan Trina Solar Energy Co., Ltd., Hubei Trina Solar Energy Co., Ltd., Trina Solar (Hefei) Science & Technology Co., Ltd., and Changzhou Trina Hezhong Photoelectric Co., Ltd,.

Dated:  April 29, 2021