## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

RISEN ENERGY CO., LTD.
      Plaintiff,

TRINA SOLAR ENERGY CO., LTD., JA SOLAR
TECHNOLOGY YANGZHOU CO., LTD., ET AL.,
      Consolidated Plaintiffs,

And

SHANGHAI BYD CO., LTD., ET AL.,
      Plaintiff-Intervenors,

v.

UNITED STATES,
      Defendant,

and

SUNPOWER MANUFACTURING
OREGON, LLC,
      Defendant-Intervenor.

**PUBLIC DOCUMENT**

Consol. Court No. 20-03743

## CONSOLIDATED PLAINTIFFS' 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD

In accordance with Rule 56.2(d) of the Rules of the Court of International Trade, Consolidated Plaintiffs Shenzhen Sungold Solar Co., Ltd. ("Shenzhen Sungold"), and Wuxi Tianran Photovoltaic Co., Ltd. ("Wuxi Tianran") respectfully move for judgment on the agency record. Shenzhen Sungold and Wuxi Tianran are not filing a memorandum of points

and authorities in support of this motion, but agree with and incorporate by reference the arguments raised in the memorandum and of points and authorities filed by Plaintiff Risen Energy Co., Consolidated Plaintiffs Trina Solar Energy Co., Ltd., JA Solar Technology Yangzhou Co., Ltd., et al., and Plaintiff-Intervenors Shanghai BYD Co., Ltd., et al., whose complaints were the basis for Shenzhen Sungold and Wuxi Tianran's interventions in this consolidated action. Shenzhen Sungold and Wuxi Tianran further agree with an incorporate by reference the arguments raised in the memoranda of points and authorities filed by other consolidated plaintiffs in this action that are common to the claims raised in the above mentioned complaints.

Respectfully submitted,

/s/ *William E. Perry*
William E. Perry
Adams C. Lee

**Harris Bricken Sliwoski, LLP**
600 Stewart Street
Suite 1200
Seattle, WA 98101
Tel: (206)224-5657
Email: bill@harrisbricken.com

*Counsel for Shenzhen Sungold Solar Co., Ltd. and Wuxi Tianran Photovoltaic Co., Ltd.*

Dated: April 29, 2021