IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| RISEN ENERGY CO. LTD., <br><br> Plaintiff, <br><br> TRINA SOLAR ENERGY CO., LTD., *et al.*, <br><br> Consolidated Plaintiffs, and <br><br> SHANGHAI BYD CO., LTD., *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Consol. Court No. 20-03743 |

**ORDER**

Pursuant to defendant's consent motion for leave to file a consolidated Rule 56.2 brief exceeding the Court's type-volume limitations, it is hereby

ORDERED that defendant's motion is granted; and, it is further

ORDERED that the United States may file a consolidated Rule 56.2 response brief in excess of the Court's type-volume limitations, not to exceed a length of 19,000 words.

Dated:_____, 2021             _____
    New York, N.Y.                                                                      JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| RISEN ENERGY CO. LTD.,  Plaintiff,  TRINA SOLAR ENERGY CO., LTD., *et al.*,  Consolidated Plaintiffs, and  SHANGHAI BYD CO., LTD., *et al.*,  Plaintiff-Intervenors,  v.  UNITED STATES,  Defendant. | Consol. Court No. 20-03743 |

**DEFENDANT'S CONSENT MOTION TO FILE A CONSOLIDATED
RULE 56.2 RESPONSE BRIEF EXCEEDING TYPE-VOLUME LIMIT**

Defendant, the United States, respectfully requests leave from the Court to file a consolidated Rule 56.2 brief, in response to the various plaintiffs' briefs filed in this action, in excess of the Court's 14,000 word type-volume limit.  Counsel for the United States has conferred with counsel for the other parties, each of whom consents to this motion.

A consolidated response brief exceeding the 14,000 word limit contained in the Court's Standard Chambers Procedures is necessary to address fully the numerous issues and arguments that the plaintiffs raise in their Rule 56.2 opening briefs.  A consolidated brief will also promote efficiency and judicial economy by allowing the Government to combine its responses to the separate plaintiffs' briefs into a single, consolidated memorandum.  We anticipate that our consolidated brief will be fewer than 19,000 words in length.

For these reasons, we respectfully request leave from the Court to file a consolidated response brief in excess of the Court's type-volume limitations.

                         Respectfully submitted,

                         BRIAN M. BOYNTON
                         Acting Assistant Attorney General

                         JEANNE E. DAVIDSON
                         Director

                         /s/ Reginald T. Blades, Jr.
                         REGINALD T. BLADES, JR.
                         Assistant Director

OF COUNSEL:                    /s/ Joshua E. Kurland
LESLIE M. LEWIS              JOSHUA E. KURLAND
Attorney                               Trial Attorney
Office of the Chief Counsel      U.S. Department of Justice
for Trade Enforcement and Compliance   Civil Division
U.S. Department of Commerce    Commercial Litigation Branch
Washington, D.C.               P.O. Box 480,
                                 Ben Franklin Station
                                 Washington, D.C. 20044
                                 Tel: (202) 616-0477
                                 Email: Joshua.E.Kurland@usdoj.gov

September 22, 2021            *Attorneys for Defendant United States*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the word limitation in the Court of International Trade Standard Chambers Procedures and contains approximately 158 words. In preparing this certificate of compliance, I have relied upon the word count function of the word processing system used to prepare the motion.

/s/ Joshua E. Kurland