# UNITED STATES COURT OF INTERNATIONAL TRADE

RISEN ENERGY CO., LTD.,
           Plaintiff,

TRINA SOLAR ENERGY CO., LTD., JA SOLAR
TECHNOLOGY YANGZHOU CO., LTD., ET AL.,
           Consolidated Plaintiffs,

    and

SHANGHAI BYD CO., LTD., ET AL.,
           Plaintiffs-Intervenors,

v.

UNITED STATES,
           Defendant,

    and

SUNPOWER MANUFACTURING OREGON, LLC
           Defendant-Intervenor

**Before: Claire R. Kelly, Judge**

**Consol. Court No. 20-03743**

## CONSOLIDATED PLAINTIFFS' RESPONSE REGARDING REQUEST FOR BRACKETING COMMENTS ON QUESTIONS FOR ORAL ARGUMENT

Pursuant to the Court's instructions in its letter dated December 17, 2021 (ECF No. 95),

Consolidated Plaintiffs Trina Solar Energy Co., Ltd., Trina Solar (Changzhou) Science &

Technology Co., Ltd., Yancheng Trina Guoneng Photovoltaic Technology Co., Ltd., Turpan

Trina Solar Energy Co., Ltd., Hubei Trina Solar Energy Co., Ltd., Trina Solar (Hefei) Science &

Technology Co., Ltd., and Changzhou Trina Hezhong Photoelectric Co., Ltd., (collectively,

"Trina"), respectfully submit this response regarding redactions to information included in the

Court's oral argument questions issued on December 17, 2021 (ECF No. 94).

Counsel to Trina has reviewed the Court's questions and believes that all of the information in ECF No. 94 that is outside of double brackets is properly regarded as public information. Two of the three instances where the court double-bracketed information relate to Risen's information. Thus, in those instances, Trina defers to Risen's position. For the one instance in question 3 on page 6 where the Court double-bracketed information relating to Trina, Trina believes that this information is properly double bracketed as confidential information.

Respectfully submitted,

/s/ Jonathan M. Freed
Robert G. Gosselink
Jonathan M. Freed

**TRADE PACIFIC PLLC**
700 Pennsylvania, Ave, SE, Ste. 500
Washington, DC  20003
jfreed@tradepacificlaw.com
Tel: (202) 223-3760

December 27, 2021          Counsel for Trina