

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

April 4, 2022

Gregory Stephen Menegaz, Esq.
Alexandra H. Salzman, Esq.
James Kevin Horgan, Esq.
deKieffer & Horgan, PLLC
1090 Vermont Avenue, NW
Suite 410
Washington, DC 20004
Email:      gmenegaz@dhlaw.com
            asalzman@dhlaw.com
            kevin.horgan@dhlaw.com

Jonathan Michael Freed, Esq.
Jarrod Mark Goldfeder, Esq.
Robert George Gosselink, Esq.
Trade Pacific PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC 20003
Email:      jfreed@tradepacificlaw.com
            jgoldfeder@tradepacificlaw.com
            rgosselink@tradepacificlaw.com

Jonathan Thomas Stoel, Esq.
Craig Anderson Lewis, Esq.
Lindsay K. Brown, Esq.
Hogan Lovells US LLP
Columbia Square Building
555 Thirteenth Street, NW
Washington, DC 20004
Email:      jonathan.stoel@hoganlovells.com
            craig.lewis@hoganlovells.com
            Lindsay.Brown@hoganlovells.com

William Ellis Perry, Esq.
Adams Chi-Peng Lee, Esq.
Harris Bricken McVay Sliwoski, LLP
600 Stewart Street
Suite 1200
Seattle, WA 98101
Email:        bill@harrisbricken.com
              adams@harrisbricken.com


Jeffrey Sheldon Grimson, Esq.
Bryan Patrick Cenko, Esq.
Jacob Max Reiskin, Esq.
Jill A. Cramer, Esq.
Kristin Heim Mowry, Esq.
Sarah Marie Wyss, Esq.
Wenhui (Flora) Ji, Esq.
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015-2052
Email:        jsg@mowrygrimson.com
              bpc@mowrygrimson.com
              jmr@mowrygrimson.com
              jac@mowrygrimson.com
              khm@mowrygrimson.com
              smw@mowrygrimson.com
              fwj@mowrygrimson.com


Richard L.A. Weiner, Esq.
Justin Ross Becker, Esq.
Rajib Pal, Esq.
Sidley Austin, LLP
1501 K Street, NW
Washington, DC 20005-1401
Email:        rweiner@sidley.com
              jbecker@sidley.com
              rpal@sidley.com

Shawn Michael Higgins. Esq.
Sidley Austin, LLP
1721 21st Street, NW
Ste Apt. 303
Washington, DC 20009
Email:        shawn.higgins@sidley.com

Lizbeth R. Levinson, Esq.
Brittney Renee Powell, Esq.
Ronald M. Wisla, Esq.
Fox Rothschild LLP
1030 15th Street, NW.
Suite 380 East
Washington, DC 20005
Email:        llevinson@foxrothschild.com
              bpowell@foxrothschild.com
              rwisla@foxrothschild.com

Joshua Ethan Kurland, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:        joshua.e.kurland@usdoj.gov

Leslie Mae Lewis, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement & Compliance
1404 Constitution Avenue, NW
Washington, DC 20230
Email:        leslie.lewis@trade.gov

John Robert Magnus, Esq.
Tradewins LLC
1330 Connecticut Avenue, NW
Washington, DC 20036
Email:        jmagnus@tradewinsllc.net

Re:   *Risen Energy Co. v. United States*
Consol. Court No. 20-03743

Dear Counsel:

It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Tuesday, April 12, 2022. The court has double-bracketed information that was designated as confidential in the underlying record.  However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Monday, April 11, 2022 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version.  If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

Thank you for your assistance.

Sincerely,

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Cc: Steve Taronji
For docketing