UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| RISEN ENERGY CO., LTD.,<br><br>    Plaintiff,<br><br>and<br><br>TRINA SOLAR CO., LTD. ET AL.,<br><br>    Consolidated Plaintiffs,<br><br>and<br><br>SHANGHAI BYD CO., LTD. ET AL.,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>SUNPOWER MANUFACTURING OREGON, LLC,<br><br>    Defendant-Intervenor and Consolidated Defendant-Intervenor. | Before: Claire R. Kelly, Judge<br><br>Consol. Court No. 20-03743 |

## JUDGMENT

This case having been duly submitted for decision, and the court, after due deliberation, having rendered its opinion, and now in conformity with that opinion, it is

**ORDERED** that the U.S. Department of Commerce's final determination in its 2017–2018 administrative review of the antidumping duty ("ADD") order covering crystalline silicon photovoltaic cells, whether or not assembled into modules, ("solar panels") from the People's Republic of China ("China"), see [Solar Panels from China], 85 Fed. Reg. 62,275 (Dep't Commerce Oct. 2, 2020) (final results of ADD admin. review and final deter. of no shipments; 2017–2018), and accompanying Issues and Decision Mem., A-570-979 (Sept. 28, 2020), ECF No. 49-5, is sustained, except for the matters remanded by Risen Energy Co. v. United States, 569 F. Supp. 3d 1315 (Ct. Int'l Trade 2022); and it is further

**ORDERED** that the U.S. Department of Commerce's first remand redetermination, see Final Results of Redetermination Pursuant to Court Remand, A-570-979 (July 5, 2022), ECF Nos. 137-1, 138-1, is sustained and judgment is accordingly entered for defendant United States.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:   December 20, 2022
         New York, New York