FORM 3. Notice of Appeal from the United States Court of International Trade                Form 3
                                                                                            July 2020

## UNITED STATES COURT OF INTERNATIONAL TRADE

Risen Energy Co., Ltd.
_____ ,   **Plaintiff,**

                          v.          Consol. Case No.  20-03743

United States
_____ ,   **Defendant.**

### NOTICE OF APPEAL

Notice is hereby given that the following party/parties* _____
Plaintiff Risen Energy Co., Ltd.

in the above-named case hereby appeal(s) to the United States Court of Appeals for the Federal Circuit the final judgment or an order entered in this action on 12/20/2022 .

Date: 02/21/2023                Signature: /s/ Gregory S. Menegaz

                                                         Name: Gregory S. Menegaz

                                                       Address: deKieffer & Horgan, PLLC

                                                        1156 15th Street, NW, Suite 1101

                                                        Washington, DC 20005

                                                        Phone Number: 202-783-6900

                                                        Email Address: gmenegaz@dhlaw.com

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.